**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **BRADEN DUCAN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | |
| § | **NO. 4:14-cv-599-Y** |
| **YAMAHA MOTOR CORPORATION, U.S.A.,** § | |
| **YAMAHA MOTOR MANUFACTURING** § | |
| **CORPORATION OF AMERICA, and** § | |
| **YAMAHA MOTOR CO., LTD.,** § | |
| § | |
| **Defendants.** § | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

In accordance with Local Rule 83.10 and 83.12, Plaintiff, Braden Duncan and his current local counsel of record, Preston R. Mundt, respectfully ask the Court to allow Preston R. Mundt to withdraw as local counsel for Braden Duncan and to substitute in Seth M. Anderson as local counsel for Braden Duncan in this case. Seth M. Anderson's contact information is:

>Seth M. Anderson
>State Bar No.  24001654
>STEPHENS, ANDERSON & CUMMINGS L.L.P.
>4200 West Vickery Blvd.
>Fort Worth, Texas  76107
>Phone:  (817) 920-9000
>Fax:  (817) 920-9016
>E-mail:  Seth@StephensAnderson.com

  Bradley A. Winters and Douglas J. Winters shall remain counsel of record for Plaintiff.

This motion is not being filed for the purpose of delay, but rather so that justice may be served.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Seth M. Anderson | /s/ Preston R. Mundt |
| Seth M. Anderson | Preston R. Mundt |
| TX State Bar No. 24001654 | TX State Bar No. 24058465 |
| STEPHENS, ANDERSON & CUMMINGS L.L.P. | Preston.mundt@kellyhart.com |
| 4200 West Vickery Blvd. | KELLY HART & HALLMAN LLP |
| Fort Worth, Texas 76107 | 201 Main Street, Suite 2500 |
| Phone: (817) 920-9000 | Fort Worth, Texas 76102 |
| Fax: (817) 920-9016 | Telephone: (817) 878-3558 |
| Email: Seth@StephensAnderson.com | Facsimile: (817) 878-9280 |
| **SUBSTITUTE ATTORNEY FOR PLAINTIFF BRADEN DUNCAN** | **ATTORNEY FOR PLAINTIFF BRADEN DUNCAN** |

/s/ Bradley A. Winters
Bradley A. Winters *(pro hac vice pending)*
MO State Bar No. 29867
bwinters@scwstl.com
Douglas J. Winters *(pro hac vice pending)*
MO State Bar No. 65284
dwinters@scwstl.com
Sher Corwin Winters LLC
190 Carondelet Plaza, Suite 1100
Clayton, MO 63105
Telephone: 314-721-5200
Facsimile: 314-721-520

**ATTORNEY FOR PLAINTIFF
BRADEN DUNCAN**